

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2015

No. 04-15-00573-CR
Dominic Stefan **ANDERSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2309-CR-A
The Honorable William Old, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to December 7, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, TX 78666

Heather McMinn
25th Judicial District Attorney
211 W. Court St., Suite 260
Seguin, TX 78155